# United States Court of Appeals
## For the First Circuit

No. 08-1874

ERIC VOSS, LAURA THIBAULT, FREDERICK CARTER, CHRISTOPHER PALEO, ANGEL AGOSTA, KIMBERLY LAWRENCE, KELLEY SCHNAIR, ROBERT BUCKMAN, NICOLE KEATING, MUSA NURISLAM, CHERYL COURTNEY, LENNIE LEBLANC, LAURA PUTTERMAN, PEDRO CAVALLARO, DAVID BRAGA, AMANDA WATTS, ERIN POULIN, SHERI BELVILLE, ALISSA CORMIER, BELEN GARCIA-SIMMONS, JESSE STEWART, MARK CHAPMAN, UCHENNA OBI, STEFANIE PETRIE, LINDA KLAIBER, JEANNETTE MCGINNIS, LAURA PROUTY, JILLIAN HUME, ANDRE AMATO, SHARIA PITTS, PETER LIDDY, JOSHUA GREANEY, HOMER SWAIN, ANDREW PATTERSON, PATRICK SHEEHAN, ANDREW CHAN, DYLAN KEENE, ABRAHAM CARRO, WILLIAM CAMPBELL, POLO DEJESUS, EMILY SAM, ZACHARY FOSTER, WENDELL ROQUE,

Plaintiffs, Appellants,

LORETTA ROLLAND, MARGARET PINETTE, TERRY NEWTON, BRUCE AMES, FREDERICK COOPER, LESLIE FRANCIS, TIMOTHY RAYMOND, ARC MASSACHUSETTS, and STAVROS CENTER FOR INDEPENDENT LIVING,

Plaintiffs, Appellees,

v.

DEVAL PATRICK, JAY GONZALEZ, JUDYANN BIGBY, BRUCE M. BULLEN, ELIN M. HOWE, CHARLES CARR, JOHN AUERBACH, and TERESA O'HARE, in their official capacities,[*]

Defendants, Appellees.

## ERRATA SHEET

The opinion of this Court issued on January 19, 2009 is amended as follows:

On p. 7, line 1, replace "Medicare" with "Medicaid"
On p. 22, line 20, replace "coordinator" with "Commissioner"

---

[*]    Pursuant to Fed. R. App. P. 43(c)(2), several defendants have been substituted for their predecessors in office.